IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| ALVIN BARRY CLARK,<br><br>Plaintiff,<br><br>vs.<br><br>DEPUY SYNTHES PRODUCTS INC., A FOREIGN CORPORATION, DEPUY SYNTHES SALES INC., A FOREIGN CORPORATION, and MEDICAL DEVICE BUSINESS SERVICES, INC., A FOREIGN CORPORATION,<br><br>Defendant. | CV 20–94–M–DLC<br><br><br>ORDER |

Before the Court is Defendants' motion for the admission of Robyn S. Maguire *pro hac vice* in the above-captioned matter. (Doc. 20.) It appears Mr. Davis intends to act as local counsel. (*Id.*) Ms. Maguire's application complies with this Court's Local Rules governing the admission of counsel *pro hac vice*. L.R. 83.1(d)(3).

Accordingly, IT IS ORDERED that the motion (Doc. 20) is GRANTED on the condition that she does her own work. This means that Ms. Maguire must: (1) do her own writing; (2) sign her own pleadings, motions, and briefs; and (3) appear and participate personally. Ms. Maguire shall take steps to register in the Court's

1

electronic filing system (CM-ECF).  Further information is available on the Court's website, www.mtd.uscourts.gov, or from the Clerk's Office.

    IT IS FURTHER ORDERED that this Order is subject to withdrawal unless Ms. Maguire files a separate pleading acknowledging her admission under the terms set forth above within fifteen (15) days of this Order.

    DATED this 19th day of March, 2021.

_____
Dana L. Christensen, District Judge
United States District Court