IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| ALVIN BARRY CLARK, | CV 20–94–M–DLC |
| Plaintiff, | |
| vs. | ORDER |
| DEPUY SYNTHES PRODUCTS INC., A FOREIGN CORPORATION, DEPUY SYNTHES SALES INC., A FOREIGN CORPORATION, and MEDICAL DEVICE BUSINESS SERVICES, INC., A FOREIGN CORPORATION, | |
| Defendants. | |

Before the Court is the parties' Motion to Dismiss with Prejudice. (Doc. 26.) This case has been fully settled and the parties stipulate and agree that all claims advanced by the Plaintiff against the Defendants should be dismissed with prejudice. (*Id.*)

Accordingly, IT IS ORDERED that all claims brought by Plaintiff and against Defendants in the above-captioned matter are DISMISSED with prejudice.

IT IS FURTHER ORDERED that all pending deadlines and hearings, including the jury trial currently scheduled for February 7, 2022 are VACATED.

The Clerk of Court is directed to close the case file.

DATED this 20th day of July, 2021.

Dana L. Christensen, District Judge
United States District Court